# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18-CR-3157-MMA |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS THE INFORMATION AND EXONERATE THE BOND** |
| VICTOR HUGO SANCHEZ-ACEVEDO, | [Doc. No. 32] |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

**IT IS HEREBY ORDERED** that the Information in the above-entitled case be dismissed without prejudice, and the previously posted bond be exonerated.

**IT IS SO ORDERED AND ADJUDGED**.

DATE: July 27, 2018

HON. MICHAEL M. ANELLO
United States District Judge